**Order entered February 17, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00593-CR

### JOSE LOZANO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-31495-M**

## ORDER

On December 30, 2014, we ordered court reporter Belinda Baraka to file the complete reporter's record in this appeal by 4:00 p.m. on February 2, 2015. We further warned Ms. Baraka that if the record was not filed by the date and time specified, we would order that she not sit as a court reporter until the record is filed in this appeal. Nevertheless, Ms. Baraka did not file the reporter's record until February 16, 2015, and the record she filed is incomplete because it does not include State's Exhibit nos. 80 and 88.

Accordingly, this Court **ORDERS** Belinda Baraka, official court reporter of the 194th Judicial District Court, to file, by **4:00 p.m. on FEBRUARY 20, 2015**, a supplemental record containing State's Exhibit nos. 80 and 88. Further, because Ms. Baraka did not comply with this Court's December 30, 2014 order, which required that she file a complete reporter's record by

February 2, 2015, we **ORDER** that Belinda Baraka not sit as a court reporter until she has filed the specified exhibits in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; the Dallas County Auditor; and to counsel for all parties.

/s/     ADA BROWN
          JUSTICE